

# U.S. Department of Justice

*CHARLES S. BIRMINGHAM*  
*Assistant United States Attorney*

*Thomas F. Eagleton U.S. Courthouse*   *Telephone: (314) 539-2200*
*111 S. 10th Street, Rm. 20.333*   *Fax: (314) 539-2777*
*St. Louis, MO  63102*

RECEIVED
FEB 2 0 2018
U.S. District Court
Eastern District of MO

February 20, 2018

Mr. Gregory J. Linhares, Clerk  
United States District Court  
111 S. 10th Street  
St. Louis, MO  63102

      Re:   **United States v. William Douglas Haning**  
            **4:18 CR 00139 RWS JMB**

Mr. Linhares:

    The indictment above returned by the United States Grand Jury in the above captioned case on February 14, 2018, was ordered suppressed pending the apprehension of the defendant named herein.

    We are now informed that the indictment regarding the above defendant is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted.  It is, therefore, directed that such be done.

                                    Very truly yours,

                                    JEFFERSON SESSIONS  
                                  United States Attorney General  
                                  TIMOTHY GARRISON  
                                  United States Attorney  
                                  WESTERN DISTRICT OF MISSOURI

                                  CHARLES S. BIRMINGHAM, #47134MO  
                                  Special Attorney to the United States Attorney General