# EXHIBIT LIST

### Style: USA v. Haning
### Case No. 4:18-cr-00139-RWS-NAB

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 | | | 07/12/2018 | | | Government Exhibit 1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page**

1    of      1