UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18 CR 139 RWS |
| WILLIAM DOUGLAS HANING, | ) |
| Defendant. | ) |

## ORDER

In light of the current pretrial motion practice and those having been referred to U.S. Magistrate Judge Nannette A. Baker,

**IT IS HEREBY ORDERED** that this case is removed from the February 4, 2019 trial docket and will be reset for trial when the Magistrate Judge notifies the undersigned that it is ready for a trial setting.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of November, 2018.