**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-CR-00139-RWS-NAB |
| ) | |
| WILLIAM DOUGLAS HANING, ) | |
| ) | |
| Defendant. ) | |

### **R**ELEASE OF **L**IS **P**ENDENS

NOTICE IS HEREBY GIVEN that a <u>Lis Pendens</u> recorded in the County Live Oak, Texas Recorder's Office on February 22, 2018, at Book 367, on Page 823, and the County McMullen, Texas Recorder's Office on February 23, 2018, at Book 141, on Page 619, the property more particularly described as follows (hereinafter the "Ranch Property"):

> Approximately 2,705.08 acres of ranch land known as "Living the Dream Ranch" f/k/a "Cactus Ranch," which is comprised of approximately 1,129.93 acres in McMullen County, Texas, and approximately 1,575.15 acres in Live Oak County, Texas, and is situated just north of the southeast corner of said McMullen County and the southwest corner of said Live Oak County, together with all appurtenances, improvements, and attachments thereon, being further described in "Exhibit A," attached hereto, excluding the land described in "Exhibit B,"

giving notice of the pendency of a forfeiture action in the United States District Court for the Eastern District of Missouri in the case of <u>United States of America v. William Douglas Haning</u>, Case Number 4:18-CR-00139-RWS-NAB, is hereby released and discharged for the reason that Texas Farm Credit Services, FLCA foreclosed on the Ranch Property on August 7, 2018.  Texas Farm Credit Services, FLCA, the current owner of the property, will sell the Ranch Property on or about November 19, 2018, and transfer the net proceeds from the sale, to be held in escrow, to the United States of America at closing.

Dated: November 30, 2018　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　*/s/ Kyle T. Bateman*
　　　　　　　　　　　　　　　　KYLE T. BATEMAN, #996646DC
　　　　　　　　　　　　　　　　Special Attorney to the United States Attorney General