

# U.S. Department of Justice

*Thomas Eagleton U.S. Courthouse*   OFFICE:  314-539-2200
*111 S. 10th Street, Rm. 20.333*
*St. Louis, MO  63102*   FAX: 314-539-2188

December 3, 2018

Mr. Gregory Linhares, Clerk
United States District Court
111 South 10th Street
St. Louis, Missouri  63102

      Re:  <u>U.S. v. William Douglas Haning</u>
           *No. S1 4:18 CR 139 RWS*

Dear Mr. Linhares:

    The above indictment returned by the United States Grand Jury in the above-captioned case on November 29, 2018, was ordered suppressed.

    The United States Attorney's Office has determined there is no longer a reason to seal said indictment, and therefore, the suppression of the indictment may be lifted.  It is, therefore, requested that such be done.

                              Respectfully submitted,

                              MATTHEW G. WHITAKER
                              Acting United States Attorney General

                              TIMOTHY A. GARRISON
                              United States Attorney
                              Western District of Missouri

                              CHARLES S. BIRMINGHAM, #47134MO
                              Special Attorney to the Attorney General